IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ROMERO, | 1:09-cv-00153-LJO-DLB (HC) |
|     Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE ANSWER |
|     vs. | |
| G.L. BARNES, | (DOCUMENT #12) |
|     Respondent. | THIRTY DAY DEADLINE |

On March 23, 2009, Respondent filed a motion to extend time to file an answer. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file an answer.

IT IS SO ORDERED.

Dated: **March 23, 2009**         **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE